■ CONSTANCE BAUMOEL v. DAVID BAUMOEL.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of VIVIAN A. COX against CLIFFORD A. SCOTT.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ JAMES J. CANNON v. NEW YORK POST CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ DAVID GARCIA et al., v. GEORGE DEIBERT.— Motion for leave to reargue appeal denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SYDNEY SNITOW et al., Individually and as Copartners Constituting the Law Firm of Snitow & Snitow v. NELSON C. DUKES et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ EMILE C. BINGHAM v. HARRY BESSLER, as Treasurer of the Garage Washers and Polishers Local Union No. 272, affiliated with the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America.— Motion for leave to reargue appeal denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ DAVID FRUHLING v. AMALGAMATED HOUSING CORPORATION et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ SHIRLEY HERMAN v. GUARDIAN LIFE INSURANCE COMPANY OF AMERICA.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ IRVING A. ROSENBLUM v. LAWRENCE LEDERER et al.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR BENJAMIN.— Motion for leave to appeal as a poor person denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CURTISS WILES and JAMES JOHNSON.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DONALD WHITE.— Motion for an enlargement of time granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of Bronx County, and files 6 typewritten or 19 mimeographed copies thereof, together with the original record with this court on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRED SCHMIDT.— Motion for leave to appeal as a poor person denied. Concur.— Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.